DARRYL J. HOROWITT #100898
dhorowitt@ch-law.com
CAZ C. ASHJIAN #354988
cashjian@ch-law.com
COLEMAN & HOROWITT, LLP
499 W. Shaw, Suite 116
Fresno, CA 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiff,
UNITED STATES OF AMERICA, for the use and benefit of JOHNSON CONTROLS FIRE PROTECTION, LP, a limited partnership

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of JOHNSON CONTROLS FIRE PROTECTION, LP, a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>HEFFLER CONTRACTING GROUP, a California corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation,<br><br>Defendants. | Case No.  5:25-cv-02127-NC<br><br>*[Assigned to the Magistrate Judge Nathaniel M. Cousins]*<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION AND ORDER OF DISMISSAL** |

Plaintiff, UNITED STATES OF AMERICA, for the use and benefit of JOHNSON CONTROLS FIRE PROTECTION, LP, a Delaware limited partnership ("**Plaintiff**"), and defendants, HEFFLER CONTRACTING GROUP, a California corporation ("**Heffler**"), and NATIONWIDE MUTUAL INSURANCE COMPANY ("**Nationwide**", and together with Heffler, "**Defendants**", and together with Plaintiff, the "**Parties**"), by and through counsel, stipulate and agree as follows:

///

///

///

1

STIPULATION OF DISMISSAL OF ENTIRE ACTION AND ORDER

1. The Parties have resolved the above-captioned action (the "**Action**").

2. Pursuant to the terms of the Settlement Agreement executed by the Parties to memorialize the settlement, the Parties agreed to the dismissal of the Action.

3. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, UNITED STATES OF AMERICA, for the use and benefit of JOHNSON CONTROLS FIRE PROTECTION, LP, a Delaware limited partnership ("**Plaintiff**"), and Defendants, HEFFLER CONTRACTING GROUP, a California corporation ("**Heffler**"), and NATIONWIDE MUTUAL INSURANCE COMPANY ("**Nationwide**"), and together with Heffler, "**Defendants**", and together with Plaintiff, the "**Parties**"), the Parties stipulate and agree to the dismissal of the Complaint, in its entirety, with prejudice.

4. The Parties further stipulate and agree that each party shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated:  June 1, 2026                    COLEMAN & HOROWITT, LLP


                                        By /s/ Darryl J. Horowitt_____
                                           DARRYL J. HOROWITT
                                           CAZ C. ASHJIAN
                                           Attorney for Plaintiff, UNITED STATES
                                           OF AMERICA, for the use and benefit of
                                           JOHNSON CONTROLS FIRE
                                           PROTECTION, LP, a Delaware limited
                                           partnership


Dated:  June 1, 2026                    FINCH, THORNTON & BAIRD LLP


                                        By: /s/ Andrea L. Petray_____
                                           ANDREA L. PETRAY
                                           Attorney for Defendants, HEFFLER
                                           CONTRACTING GROUP, a California
                                           corporation and NATIONWIDE
                                           MUTUAL INSURANCE COMPANY

STIPULATION OF DISMISSAL OF ENTIRE ACTION AND ORDER

**ATTESTATION REGARDING SIGNATURES**

Counsel for Plaintiff hereby attests by signature below that concurrence in the filing of this document was obtained from counsel for Defendants.

Dated:  June 1, 2026                                        COLEMAN & HOROWITT, LLP


By _/s/ Darryl J. Horowitt_____
DARRYL J. HOROWITT
CAZ C. ASHJIAN
Attorney for Plaintiff, UNITED STATES OF AMERICA, for the use and benefit of JOHNSON CONTROLS FIRE PROTECTION, LP, a Delaware limited partnership

3
STIPULATION OF DISMISSAL OF ENTIRE ACTION AND ORDER

## **ORDER**

The Parties having so stipulated and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

1.    The stipulation by the Parties is hereby ACCEPTED;

2.    The action is hereby DISMISSED, with prejudice.

Dated: June 1, 2026

HON. NATHAN...........................................
Magistrate..............................................District
Court...



4

STIPULATION OF DISMISSAL OF ENTIRE ACTION AND ORDER